# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE :    NO. 340
MAGISTERIAL DISTRICTS WITHIN :
THE 28th JUDICIAL DISTRICT OF    :    MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF    :
PENNSYLVANIA    :

## AMENDED ORDER

**AND NOW,** this 29th day of November, 2014, the Order dated April 23, 2013, and Amended Orders dated July 3, 2013, and January 6, 2014, that Reestablished the Magisterial Districts of the 28th Judicial District (Venango County) of the Commonwealth of Pennsylvania, are hereby AMENDED as follows: Magisterial District 28-3-04, shall not be eliminated. Magisterial District 28-3-02, shall be eliminated and Magisterial Districts 28-3-01 and 28-3-04 realigned effective January 1, 2015. The Orders of April 23, 2013, July 3, 2013, and January 6, 2014, shall remain in effect in all other respects.

_Ronald D. Castille_
_____
Chief Justice of Pennsylvania